**Exhibit A to the Complaint**

**Location:** Jersey City, NJ  **IP Address:** 173.63.129.216
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FD64ACEE9BD20F9B0C375313FEAC8534B829312B<br>File Hash:<br>6CE297677FC8DEBF923AE7EAAB2F619FB31C0202BB124418378125D477E7F3A8 | 02-13-2023 14:16:32 | Blacked | 04-20-2018 | 05-23-2018 | PA0002101307 |
| 2 | Info Hash: 5ABA96EF2E51974C829797C99F05440926940619<br>File Hash:<br>C09B42F655AF47E393FA91E0F17F6ECE792591EAC039257B9C2089583D7D1302 | 02-12-2023 03:32:46 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 3 | Info Hash: 01E69F34F85A96548AAAE6C7BF84A13E6D2371F1<br>File Hash:<br>F0A65331D33A54EE868789EFA494EB5A877CF2CB623FDCC9B93E19C6A240364E | 02-12-2023 00:32:43 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 4 | Info Hash: 634ADC610DE1CC11B3F7DD4B8F2AC890232C06FC<br>File Hash:<br>A9A98456BE9FBFB9E083D3E60AAF4E334717747671F208D7F62126778DC00AE7 | 02-12-2023 00:27:24 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |
| 5 | Info Hash: F0B39311C4927B2A742C84292AD6EB7C12119E1B<br>File Hash:<br>6163C1F92C98DFF19414438D1915654C6B908EB96F3DFB3F878C86930CF852F6 | 01-17-2023 16:58:56 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 6 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash:<br>A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 01-17-2023 16:32:57 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 7 | Info Hash: 46BB176456B6FAED37E8E0F5601E6D803F4494CE<br>File Hash:<br>A723898E3804C044A68C4BBB45FFFA9111A143DEE68C3BB8C37BFC93A08588B8 | 01-17-2023 16:03:37 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 8 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash:<br>D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 11-27-2022 23:48:03 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 9 | Info Hash: F402BE3DB8DAF091CF3DE1616E069673A438B62E<br>File Hash:<br>57C2FB7C16A1709C7823FFAE7360A594D3EAEA928F20874637F93D63B6F41C07 | 11-22-2022 17:41:53 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 10 | Info Hash: EDCB505C02A9AB47BDC8C2E7E3A7EDF7D1D3C291<br>File Hash:<br>837E1490718032F2F3BF70CBA954C1B91292F83F3300EFA39B0FAAFC76E019F3 | 11-22-2022 17:18:58 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 11 | Info Hash: 8C7002D06918757B0EC601DAEC8D28B078B95857<br>File Hash:<br>60DD5E55583B934E077085329CD4D1C87B3C556B37B3C892D20231495DCE4E57 | 11-11-2022 18:05:43 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1AAFD7CF00E64C86B99A77DD40EC18F7B21EA3BF<br>File Hash: 9AB86A2EB642217E68F2A8EB20F3B5FD7AB02B37D1FC7E9816925DB06D1A3721 | 11-02-2022 16:04:33 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 13 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 11-02-2022 15:40:13 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 14 | Info Hash: D088D4B9015C2F8C1DD23A4813A08B216F428399<br>File Hash: 0BF9091086EB0C13C13C34319771E663F51DAE81D896AE19D345A65275E58AB7 | 11-01-2022 22:17:50 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 15 | Info Hash: 3C729A434589E8088854EF52BA98AF4DA7C8DB8D<br>File Hash: 5A82DBB63F749AF866C80BE1055B9787C4C227A3E861247BF4FAE9991CCF960B | 11-01-2022 22:13:31 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 16 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 11-01-2022 17:23:20 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 17 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 10-27-2022 04:01:47 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 18 | Info Hash: 3CD99E257386DDC5B973FD7607708B1776093C43<br>File Hash: DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 10-26-2022 20:37:39 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 19 | Info Hash: 8A8DF88281CE0785D71C06AF8B975C595E038709<br>File Hash: D246E6DD3ABCF2D52C2E160F65516F3FB80AE11AC81108ADAD143B6AD467F1FB | 10-26-2022 20:35:53 | Blacked | 10-12-2018 | 10-28-2018 | PA0002130455 |
| 20 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash: C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 10-26-2022 20:18:31 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 21 | Info Hash: 812F8C86F04B2DB47952A7844C50F944578529F4<br>File Hash: 0B80A128D5BBEED66FFF49D4FE1FB6F25F28BE2CCBB27A7F1D5CE420120EAFE9 | 10-26-2022 17:09:42 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 22 | Info Hash: 1A39E8D1A9F6C849073CE98ED44EE8183CD834F2<br>File Hash: 993E3D71A3745716F1CD51EA10090146B49CB91F23C498E52562FCA0458EB90E | 10-26-2022 16:50:35 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 23 | Info Hash: 6D044862D1B42D5EFFA989FB35BE2E1505944F22<br>File Hash: A81285BF6A8EF64255D62AD290737F8B001ABB7F912F2967626C29ACFB933B9C | 10-26-2022 16:50:25 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98<br>File Hash: 937BED241D7B9D117964C72A19104C793D859E2DB0892808DA9ED3E7C6D0E185 | 10-25-2022 22:06:56 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |